Andrew Guidi
Delaney Wiles, Inc.
1007 West Third Ave., Suite 400
Anchorage, AK 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
E-Mail: ag@delaneywiles.com

Attorneys for Defendant
McGraw's Custom Construction

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARY E. JOHN,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>MCGRAW'S CUSTOM<br>CONSTRUCTION, INC.<br><br>    Defendants<br><br>MCGRAW'S CUSTOM<br>CONSTRUCTION, INC.<br><br>    Third-party plaintiff<br><br>v.<br><br>PERSEVERANCE GLASS<br>COMPANY, INC.<br><br>    Third-party defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br><br><br><br><br><br><br>Case No. 1:08-cv-00014 (JWS) |

NOW COME the parties in the above-captioned case, through their undersigned counsel of record, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal with prejudice of any and all claims, counterclaims,

cross-claims, and third-party claims that have been filed, or could have been filed, in this action. The parties further agree that they shall bear their own attorneys' fees and costs. The reason for this stipulation is that the parties have settled all claims.

DATED this 18th day of February, 2010, at Anchorage, Alaska.

>DELANEY WILES, INC.
>Attorneys for McGraw's Custom Construction, Inc.
>
>Andrew Guidi (CONSENT)
>Alaska Bar No. 8312171
>Delaney Wiles, Inc.
>1007 West Third Ave., Suite 400
>Anchorage, Alaska 99501
>Phone: (907) 279-3581
>Fax: (907) 277-1331
>E-Mail: ag@delaneywiles.com

DATED this 18th day of February, 2010, at Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>Gary Guarino (CONSENT)
>Assistant United States Attorney
>Attorney for SEARHC
>222 West 7th Avenue, #9
>Room 253
>Anchorage, Alaska 99501
>PHONE: 271-5071
>FAX: 271-3224
>AK BAR NO.: 8209092
>E-MAIL: gary.guarino@usdoj.gov

Stipulation for Dismissal With Prejudice
*Mary John v. United States*/1:08-cv-00014 (JWS)   Page 2 of 4
Case 1:08-cv-00014-JWS   Document 34   Filed 02/18/10   Page 2 of 4

DATED this 18th day of February, 2010, at Juneau, Alaska.

      LESSMEIER & WINTERS
      Attorneys for Third-Party Defendant
      Perseverance Glass Company, Inc.

      Gregory W. Lessmeier (CONSENT)
      Lessmeier & Winters, LLC
      3000 Vintage Boulevard
      Suite 100
      Juneau, Alaska  99801
      PHONE: 907-796-4999
      FAX: 907-796-4998
      AK BAR NO.: 8206041
      E-MAIL: l-w@gil.net

DATED this 18th day of February, 2010, at Juneau, Alaska.

      CHOATE LAW FIRM LLC
      Attorney for Plaintiff

      Mark Choate (CONSENT)
      Choate Law Firm LLC
      424 North Franklin Street
      Juneau, Alaska  99801
      PHONE: 907-586-4490
      FAX: 888-866-4519
      AK Bar No.: 8011070
      E-MAIL: mark@choatelawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and
correct copy of this document
was sent via electronic service
on the 18th day of February, 2010, to:

Mary B. Pinkel/Gary Guarino
U.S. Attorney's Office
Attorney for SEARHC
222 West 7th Avenue, #9
Room 253
Anchorage, Alaska  99501

Mark Choate
Choate Law Firm LLC

Stipulation for Dismissal With Prejudice
*Mary John v. United States*/1:08-cv-00014 (JWS)     Page 3 of 4
Case 1:08-cv-00014-JWS  Document 34  Filed 02/18/10  Page 3 of 4

424 North Franklin Street
Juneau, Alaska   99801

Gregory W. Lessmeier
Lessmeier & Winters, LLC
3000 Vintage Boulevard
Suite 100
Juneau, Alaska   99801

/s/Andrew Guidi (162449)

Stipulation for Dismissal With Prejudice
*Mary John v. United States*/1:08-cv-00014 (JWS)                Page 4 of 4
Case 1:08-cv-00014-JWS   Document 34   Filed 02/18/10   Page 4 of 4